# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROLAND A. ROSELLO, d/b/a
ROLAND A. ROSELLO, P.L.,

    Plaintiff,

v.                                               CASE NO. 8:17-cv-1884-T-26TBM

TOWER IMAGING, INC., f/k/a TOWER
IMAGING, INC., d/b/a COMMUNITY
DIAGNOSTIC CENTER OF BRANDON, and
MERCHANTS ASSOCIATION
COLLECTIONS DIVISION, INC.,

    Defendants.
_____/

# **O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the well-pleaded allegations of Plaintiff's second amended complaint, which this Court must accept as true at this early juncture of the proceedings and must construe in the light most favorable to Plaintiff,[1] it is **ORDERED AND ADJUDGED** that Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint or Alternative Motions for More Definite Statement (Dkts. 26 & 27) are **denied**. In the Court's view, those allegations state claims

---

[1] See Bishop v. Ross Earle & Bonan, P.A., 817 F. 3d 1268, 1270 (11th Cir. 2016).

for relief plausible on their face against both Defendants for violating the federal Fair Debt Collections Practice Act and the Florida Consumer Collection Practices Act.[2] Defendants shall file their answer and defenses to Plaintiff's second amended complaint within **fourteen (14) days** of this order.

**DONE AND ORDERED** at Tampa, Florida, on October 12, 2017.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[2] See id.